929 A.2d 634

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Aaron BROWN, Petitioner.**

**No. 84 EM 2007.**

Supreme Court of Pennsylvania.

July 17, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 17th day of July, 2007, the Petition for Leave to File an Allocatur Petition Nunc Pro Tunc is granted.

Petitioner is directed to file a petition for allowance of appeal within forty-five (45) days of the date of this order.